**MORGAN, LEWIS & BOCKIUS LLP**
(Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ  08540-6241
609.919.6600
Richard G. Rosenblatt
Prashanth Jayachandran
Christina S. Keddie
Attorneys for Defendants
The Shaw Group, Inc. and Shaw Environmental, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IGOR MALKOVSKIY and AHMED AMER, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE SHAW GROUP, INC., a Louisiana Corporation, and SHAW ENVIRONMENTAL, INC., a Louisiana Corporation,<br><br>Defendants. | Civil Action No.: 2:11-CV-02227-ES<br><br>**APPLICATION OF DEFENDANTS FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**<br><br>**Document Electronically Filed** |

Pursuant to Local Civil Rule 6.1(a), application is hereby made for an extension of time within which Defendants The Shaw Group, Inc. and Shaw Environmental, Inc. (collectively, "Defendants") may answer, move, or otherwise respond to the Complaint filed by Plaintiffs Igor Malkovskiy and Ahmed Amer for a period of 30 days.  It is represented that:

1. Service of the Complaint and Summons was made on The Shaw Group on April 28, 2011.  Service of the Complaint and Summons was made on Shaw Environmental, Inc., on May 2, 2011.

2. The original deadline for Defendants to answer, move, or otherwise respond to Plaintiffs' Complaint was May 19, 2011.  That deadline was previously extended to June 2, 2011 pursuant to Defendants' request for an automatic clerk's extension under Local Rule 6.1(b).  The deadline was extended to July 2, 2011 upon this Court's June 1, 2011 Order.

3. Defendants request a 30-day extension to file a response to the Complaint because the parties are currently discussing if a factual misunderstanding exists regarding the nature of Plaintiffs' allegations in the Complaint.

4. If the instant application for an extension of 30 days is granted, Defendants would have until August 1, 2011 to answer, move, or otherwise respond to Plaintiffs' Complaint.

5. Plaintiffs' counsel has consented to this request.

6. Defendants respectfully request that their time to answer, move, or otherwise respond be extended for 30 days, until August 1, 2011.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540
Attorneys for Defendants
The Shaw Group, Inc. and
Shaw Environmental, Inc.

s/ Christina S. Keddie
Richard G. Rosenblatt
Prashanth Jayachandran
Christina S. Keddie

Dated: June 28, 2011

## **ORDER**

The above application is GRANTED and it is ORDERED that the time within which Defendants The Shaw Group, Inc. and Shaw Environmental, Inc. shall answer, move or otherwise respond to the Complaint is extended to August 1, 2011.

                                                                                              _____
                                                                                              Hon. Esther Salas, U.S.D.J.

Dated: _____, 2011