# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-3579

Igor Malkovskiy, et al v. The Shaw Grp Inc, et al

2-11-cv-02227

## O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/ petitioner failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: 2/7/2013

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

cc: Andrew R. Frisch, Esq.
    C. Ryan Morgan, Esq.
    Richard G. Rosenblatt, Esq.
    Nitin Sharma, Esq.